UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| Yinbang Clad Material Co., Ltd.,<br><br>              Plaintiff,<br><br>v.<br><br>United States,<br><br>              Defendant. | **S U M M O N S**<br>**CIT NO. 22-00291** |

**TO:**   The Attorney General, the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



                                                          /s/ Mario Toscano
                                                           Clerk of the Court

---

1. <u>Name and Standing of Plaintiff</u>

    Plaintiff Yinbang Clad Material Co., Ltd. ("Yinbang") is a foreign producer and exporter of subject merchandise *(i.e.* Common Alloy Aluminum Sheet From the People's Republic of China) subject to the final results being challenged in this action. Therefore, Plaintiff is an interested party within the meaning of 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3), and 28 U.S.C. § 2631(k)(1). Plaintiff is a mandatory respondent in the underlying administrative proceeding that lead to the results being challenged. Accordingly, Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>

    Plaintiff contests the factual findings and legal conclusions issued by the U.S. Department of Commerce ("Department") in the final results of the administrative review of the countervailing duty order on Common Alloy Aluminum Sheet From the People's Republic of China covering shipments of subject merchandise during the time period January 1, 2020, through December 31, 2020. *See Common Alloy Aluminum Sheet From the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2020*, 87 Fed. Reg. 54,462 (September 6, 2022) ("Final Results") and accompanying Issues and Decision Memorandum dated August 30, 2022 ("Final Decision Memo").

3. <u>Date of Determination</u>

The Department's above-referenced Final Results of Countervailing Duty Administrative Review was issued on August 30, 2022, and published in the Federal Register on September 6, 2022. The Department's Final Decision Memo was issued on August 30, 2022.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The Department's above-referenced Final Results of Countervailing Duty Administrative Review was published in the Federal Register on September 6, 2022.  *See* 87 Fed. Reg. 54,462 (September 6, 2022).  The Department's Final Decision Memorandum was not published in the Federal Register.

Daniel Cannistra, Esq.
Pierce Lee, Esq.

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Tel: (202) 624-2500
Email: dcannistra@crowell.com (Daniel Cannistra)
plee@crowell.com (Pierce Lee)

<u>Counsel for Plaintiff</u>

*/s/ Daniel Cannistra*
_____
Signature of Plaintiffs' Attorney

October 6, 2022
_____
Date

## SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)).  Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

**UPON THE UNITED STATES:**

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Supervision Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

**UPON THE DEPARTMENT OF COMMERCE:**

Robert Heilferty, Esq.
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
14th Street and Constitution Ave., NW
Washington, DC 20230