## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE**

| | |
|---|---|
| YINBANG CLAD MATERIAL CO., LTD., et al, | ) |
| Plaintiffs, | ) |
| v. | ) 1:22-cv-00291-SAV |
| UNITED STATES, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, Emma E. Bond, hereby enters her appearance as the principal attorney of record for the United States, defendant in this action, and requests that all papers in connection with this action be served upon her. The individual attorney in the Government who is responsible for the litigation is Emma E. Bond.

1

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/  Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ Emma E. Bond
EMMA E. BOND
Trial Attorney
U.S. Department of Justice
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2034
Fax: (202) 353-0461
Email: Emma.E.Bond@usdoj.gov

December 19, 2022                    *Attorneys for Defendant*