## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| YINBANG CLAD MATERIAL CO., LTD., | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | )<br>) Court No. 22-00291 |
| UNITED STATES OF AMERICA, | )<br>) |
| *Defendant*, | )<br>) |
| and | )<br>) |
| ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE TRADE ENFORCEMENT WORKING GROUP, *et al.* | )<br>)<br>)<br>) |
| *Defendant-Intervenors*. | )<br>) |

### STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: April 13, 2023

/s/ Weronika Bukowski
Daniel Cannistra
Weronika Bukowski
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 624-2902
Fax: (202) 628-5116
Email: dcannistra@crowell.com
Attorneys for Plaintiffs

OF COUNSEL:

David W. Richardson
Attorney
Office of the Chief Counsel
for Trade Enforcement and Compliance
U.S. Department of Commerce

*/s/ Emma Eaton Bond*
Emma Eaton Bond
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2034
Fax: (202) 514-8624
E-mail:  Emma.E.Bond@usdoj.gov

Attorneys for Defendant United States

*/s/ John M. Herrmann, II*
John M. Herrmann, II
Joshua Rubin Morey
Paul Charles Rosenthal
Kelley Drye & Warren, LLP
3050 K Street, NW.
Suite 400
Washington, DC 20007-5108
Tel: (202) 342-8488
Fax: (202) 342-8451
Email: jherrmann@kelleydrye.com

Attorneys for Defendant-Intervenors

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 22-00291 | YINBANG CLAD MATERIAL CO., LTD. |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____April 13, 2023_____

                                                     Clerk, U. S. Court of International Trade

                                                     By: _/s/ Jason Chien_____

                                                              Deputy Clerk